## Butler *v.* Nuth et al., Appellants.

Argued March 22, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

486

*J. Campbell Brandon,* with him *Carmen V. Marinaro,* for appellants.

*Luther C. Braham,* City Solicitor, with him *Darrell L. Gregg,* for appellee.

PER CURIAM, April 11, 1949:
The judgment is affirmed on the opinion of President Judge PURVIS.